# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

U.S. BANK NATIONAL
ASSOCIATION AS TRUSTEE FOR
REMSI 2005S7

NO.   2020 CW 1311

VERSUS

WALTER C. DUMAS

**JANUARY 28, 2021**

---

In Re:   Walter C. Dumas, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 610504.

---

BEFORE:   THERIOT, WOLFE, AND HESTER, JJ.

**STAY DENIED; WRIT DENIED.** Although the judgment at issue purports to be a final and appealable judgment, it lacks appropriate decretal language. See La. Code Civ. P. art. 1918; see also **Matter of Succession of Porche**, 2016-0538 (La. App. 1st Cir. 2/17/17), 213 So.3d 401, 405-06. In order for a judgment to be a final and appealable one, it must be precise, definite, and certain. It must also contain decretal language, and it must name the party in favor of whom the ruling is ordered, the party against whom the ruling is ordered, and the relief that is expressly granted or denied without reference to other documents in the record. The specific nature and amount of damages should be determinable from a judgment so that a third person is able to determine from a judgment the amount owed without reference to other documents. **Advanced Leveling & Concrete Solutions v. Lathan Company, Inc.**, 2017-1250 (La. App. 1st Cir. 12/20/18), 268 So.3d 1044, 1046 (en banc). Once a judgment with appropriate decretal language is issued by the district court, it will represent a final, appealable judgment, and defendant, Walter C. Dumas, will be entitled to file a motion for an appeal therefrom in accordance with applicable law, which may include review of all adverse interlocutory rulings prejudicial to him, in addition to the final judgment.

**MRT**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT